NAOMI WILZIG v. SELIG J. SISSELMAN.

SELIG J. SISSELMAN v. ALEXANDER M. GOLDFINGER, JR.

June 9, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. TERRY REYNOLDS.

June 9, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. DANIEL T. HOWELL.

June 9, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. CARLOS LABOY NIEVES.

June 9, 1987.

Petition for certification denied.